No. 93–6008.   ALAGA v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 93–6042.   KRUSE v. IOWA DEPARTMENT OF HUMAN SERVICES.   Ct. App. Iowa.   Certiorari denied.

No. 93–6086.   ROMULUS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 93–6102.   FRITZ v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 93–6162.   NUNEZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 93–6212.   PETERS v. MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 93–6293.   WILLIAMS ET UX. v. SEEBER ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 93–6300.   TODARO v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 93–6343.   SCHAEFERS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 93–6344.   SMITH v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 93–6427.   NWOLISE v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 4th Cir.   Certiorari denied.

No. 93–6457.   ALEXANDER v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 93–6461.   TESTA v. UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 93–6496.   JINDRA v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 93–6521.   THOMAS v. DEPARTMENT OF STATE ET AL.   C. A. D. C. Cir.   Certiorari denied.